**OCTOBER 1, 1958**

*United States* v. *Sciaky Bros., Inc.* (No. 4961).—Metals.
*F. S. Whelan & Sons* v. *United States* (No. 4966).—Pulpwood.

**JANUARY 9, 1959**

*United States* v. *United Enterprises, et al.* (No. 4979).—Shoji panels—screens in chief value of wood—manufactures of wood, n.s.p.f.

**JANUARY 30, 1959**

*United States* v. *Couture Fabrics, Ltd.* (No. 4984).—Silks (Fabrics), Woven.

**MARCH 2, 1959**

*American Whaling Co., Inc.* v. *United States* (No. 4955).—Reliquidation, Ships' repairs—Whale factory.

**MAY 8, 1959**

*United States* v. *F. Lunning, Inc., Traders Service Corp.* (No. 4999).—Vitrified Chinaware—Vases in mineral colors—Works of art.
*United States* v. *F. Lunning, Inc., Traders Service Corp.* (No. 5000).—Vitrified Chinaware—Vases in mineral colors—Works of art.

**JUNE 24, 1959**

*Bercut-Vandervoort & Co., Inc.* v. *United States* (No. 4938).—Gin—Internal Revenue Tax—Proof gallon v. Wine gallon.
*In the matter of the adjudication of the guilt of Samuel D. Spector of Contempt of Court* (No. 4993).—Criminal contempt fine of $50.00.
*United States* v. *A. N. Deringer, Inc.* (No. 5003).—Doors—"Unik"—Reappraisement of.

151